UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| DONALD QUIRK | : CIVIL ACTION NO. |
| | : PRISONER |
| *Plaintiff* | : Docket No. 3:03CV495(SRU) |
| | : |
| v. | : |
| | : |
| THOMAS KIRK, COMMISSIONER OF | : |
| MENTAL HEALTH AND ADDICTION | : |
| SERVICES | : |
| *Defendant* | : October 14, 2003 |

2003 OCT 15  P 2: 06

## OBJECTION TO MOTION AND DECLARATION TO REOPEN JUDGMENT AND FOR ORDER GRANTING THE WRIT

The defendant respectfully objects to the Plaintiff's Motion and Declaration to Reopen Judgment and for Order Granting the Writ.

The Court (Underhill, J.) granted the defendant's Motion to Dismiss and directed the plaintiff to exhaust his state court remedies by filing a petition for a writ of habeas corpus in state court. The Court also allowed the plaintiff to move to reopen the judgment if he could present evidence that the state court was not complying with the law. The document provided by the plaintiff is questionable at best. There is a portion of the block dealing with the filing of a recognizance bond which has been "whited-out" or otherwise deleted, and the words "250.00" and "see attached surety form" have been inserted. The plaintiff has provided no proof to the Court that these notations were made by the Court. There is no file stamp from the Superior Court indicating that this is a copy of the original summons from the court file, hence the authenticity of the copy is at issue here. Thus, the plaintiff has failed to provide the Court with convincing evidence that the Superior Court failed to comply with the law in this matter.

The Motion and Declaration to Reopen Judgment and Order Granting the Writ should be denied and the plaintiff should once again be directed to exhaust his state court remedies.

DEFENDANT
Thomas Kirk, Commissioner
Department of Mental Health and
Addiction Services

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: /s/ Peter L. Brown
Peter L. Brown
Assistant Attorney General
Federal Bar No. Ct12132
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5210
Fax: (860) 808-5385

## CERTIFICATION

I hereby certify that a copy of the foregoing Defendant's Objection was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 14th day of October, 2003, first class postage prepaid to:

Donald Quirk, Pro Se
(M.P.I. No. 96936)
Connecticut Valley Hospital
351 Silver Street
Middletown, CT 06457
(860) 685-9741

Peter L. Brown
Assistant Attorney General