UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 OCT 22 P 4: 25

| DONALD QUIRK, | : | |
| --- | --- | --- |
| Petitioner, | : | |
| | : | PRISONER |
| v. | : | Case No. 3:03CV495(SRU)(WIG) |
| | : | |
| THOMAS KIRK, | : | |
| Respondent. | : | |

### ORDER

On September 15, 2003, petitioner filed a motion to reopen judgment with attached exhibits he claims show that he was required to post a recogizance bond before the state court would process his habeas petition. The respondent failed to respond to the motion within the time permitted by the court.

Respondent is hereby ordered to file a response to the motion to reopen within **ten (10)** days from the date of this order.

**SO ORDERED.**

Entered at Bridgeport, Connecticut this 22nd day of October, 2003.

WILLIAM I. GARFINKEL
UNITED STATES MAGISTRATE JUDGE