United States District Court                               FILED
District of Connecticut

Donald Quirk, Plaintiff, Petitioner,                         2003 OCT 23 P 12: 27
         pro se (96936)

       v.                                                 Case No. 3:03CV495 (SRU)(WIG)

Thomas Kirk, Commissioner of                                October 21, 2003
Mental Heath and Addiction Services,
Respondent

### Reply to Objections To Motion to Reopen and for Order Granting the Writ

Pursuant to this Court's order of September 2, 2003, granting me permission to present evidence to the effect that the Superior Court was not complying with the law, and 28 U.S.C. 2246, I move this Court to accept the following facts upon my Declaration under penalty of perjury. And I declare the following facts to be true pursuant to 28 U.S.C. 1746:

In Respondent's Objection to the Motion to Reopen [and for an Order immediately granting the Writ], the Respondent questions the authenticity of the documents filed with the Motion to Reopen. Well if the documents are inauthentic it would be somewhat unusual because attached as Exhibit 1 is a signed statement from Linda Lehman, an attorney with the Connecticut Legal Rights Project, in which she states that the Clerk's office at the Superior Court told her the same thing i.e., **that a Recognizance Bond was required even in a Habeas Case.** In Item 4 of her statement Linda Lehmann states: "At some point during this time I called the clerk's office at the Superior Court in Middletown inquiring about the recognizance bond in a habeas case. The clerk's office advised me that the requirement for a recognizance bond is not waivable." **This is clear**

1

<u>evidence that the Superior Court was not complying with the law.</u> [CLRP's toll free phone no. is 877-402-2299, and their regular no. is 860-262-5030.]

Attached to Linda Lehman's statement, which I received recently, is the letter I originally wrote to her and Audrey Brown of CLRP on February 6 of this year, in which I requested their assistance in getting the Recognizance Bond signed. This letter was attached as Exhibit 5 of my Motion to Reopen. Linda Lehman acknowledges getting this letter and documents her attempts to help me in getting the Recognizance signed. She also told me that she spoke to the clerk who signed the summons, a Felicia Santostave I believe. Attached as Exhibit 2 to this Reply is the original summons [which is a multi-part form], filed and returned by the clerk

Further the AAG does not bother do get a statement or affidavit from the clerk disputing the validity of the summons or corroborating documents filed, which he was perfectly able to do, but he does not.

<u>This is conclusive evidence that the Superior Court was not complying with the law.</u>

I did not get a copy of the Objections until October 18, 2003. Further, the AAG did not date his objections until October 14, and I believe they were due October 6, 2003. Nor does he present excusable neglect in filing his documents late.

Respectfully Submitted,

_____    _____10/21/03_____
Signed                                          Date

2

Donald Quirk
Merritt Hall
351 Silver St.
Middletown, Ct. 06457
(860) 685-9740

Certification

Donald Quirk declares under penalty of perjury that he dropped a copy of this Document in the mail on October 21, 2003 first class postage prepaid, addressed to Peter L. Brown, AAG, P.O. Box 120, Hartford, Ct. 06141.

Signed: *Donald Quirk*    Date: 10/21/03

## Declaration of Linda Lehmann

1. Attached is a computer copy of a letter I received from Donald Quirk in February 2003.

2. Donald Quirk has asked me on numerous occasions to sign a recognizance bond for an action for a writ of habeas corpus that he planned to file in the Connecticut Superior Court, J.D. Middlesex at Middletown.

3. I declined to sign any such recognizance and Donald Quirk then asked me find someone to sign the recognizance bond. I was unable to find anyone to sign the recognizance bond presumably because Mr. Quirk is thought to be indigent and no one wanted the possible liability for the $250.00.

4. At some point during this time I called the clerk's office at the Superior Court in Middletown inquiring about the requirement of a recognizance bond in a habeas case. The clerk's office advised me that the requirement for a recognizance bond is not waivable.

*[signature]*
Linda Lehmann    9/12/03

*Exhibit 1*

February 6, 2003

Donald Quirk
351 Silver St.
Middletown, Ct. 06457
(860) 685-9741

Linda Lehman
CLRP
P.O. Box 351
Middletown, Ct. 06457

Audrey Brown
CLRP
P.O. Box 351
Middletown, Ct. 06457

Ladies:

Enclosed is a copy of a Recognizance Bond which the Superior Court in Middletown asked me to acknowledge. I have received this in connection with a Petition for a Writ of Habeas Corpus which the court has signed. I have acknowledged the Recognizance Bond and I need someone else to acknowledge it as well. I was hoping CLRP or someone connected with it could do that. Emmett Dwyer of CLRP has done that in the past, and I believe it has been done for other patients. I have also enclosed the signed copy of the Petition for the Writ of Habeas Corpus.

If someone at CLRP could acknowledge it or help me get it acknowledged I would appreciate it. I hope to get this done in the next two weeks or by the 20th.

I have also enclosed the signed Petition for the Writ.

(If you could copy these papers and send them back to me right away I would appreciate it. It is very difficult to get copies here.)

Thanks.

Sincerely,

Donald Quirk

# SUMMONS - CIVIL
(Except Family Actions)

JD-CV-1 Rev. 1-2000
C.G.S. § 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. Secs 3-1 thru 3-21, 8-1

## STATE OF CONNECTICUT
### SUPERIOR COURT
www.jud.state.ct.us

**"X" ONE OF THE FOLLOWING:**
Amount, legal interest or property in demand, exclusive of interest and costs is:
- [X] less than $2,500
- [ ] $2,500 through $14,999.99
- [ ] $15,000 or more

("X" if applicable)
- [ ] Claiming other relief in addition to or in lieu of money or damages.

### INSTRUCTIONS
1. Type or print legibly: sign original summons and conform all copies of the summons.
2. Prepare or photocopy conformed summons for each defendant.
3. Attach the original summons to the original complaint, and attach a copy of the summons to each copy of the complaint. Also, if there are more than 2 plaintiffs or 4 defendants prepare form JD-CV-2 and attach it to the original and all copies of the complaint.
4. After service has been made by a proper officer, file original papers and officer's return with the clerk of court.
5. The party recognized to pay costs must appear personally before the authority taking the recognizance.
6. Do not use this form for actions in which an attachment, garnishment or replevy is being sought. See Practice Book Section 8-1 for other exceptions.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

RETURN DATE: 11/13/03

| | | |
|---|---|---|
| [X] JUDICIAL DISTRICT  [ ] HOUSING SESSION  [ ] G.A. NO. ___ | AT (Town in which writ is returnable) Middlesex | CASE TYPE Major M Minor 30 |

ADDRESS OF COURT CLERK: 1 Court St. Middletown CT 06457    TELEPHONE: 343-6400

| PARTIES | NAME AND ADDRESS OF EACH PARTY | PTY NO. |
|---|---|---|
| FIRST NAMED PLAINTIFF | Donald Quirk 35 Silver St. Middletown, CT 06457 | 01 |
| Additional Plaintiff | Thomas Kirk | 02 |
| FIRST NAMED DEFENDANT | Thomas Kirby, Commissioner of Mental Health | 50 |
| Additional Defendant | 410 Capitol Ave Hartford, CT | 51 |
| Additional Defendant | | 52 |
| Additional Defendant | | 53 |

## NOTICE TO EACH DEFENDANT

1. **YOU ARE BEING SUED.**
2. This paper is a Summons in a lawsuit.
3. The Complaint attached to these papers states the claims that each Plaintiff is making against you in this lawsuit.
4. To respond to this Summons, or to be informed of further proceedings, you or your attorney must file a form called an "Appearance" with the Clerk of the above-named Court at the above Court address on or before the second day after the above Return Date.
5. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default.
6. The "Appearance" form may be obtained at the above Court address.
7. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately take the Summons and Complaint to your insurance representative.
8. If you have questions about the Summons and Complaint, you should consult an attorney promptly. **The Clerk of Court is not permitted to give advice on legal questions.**

DATE: 1/23/03    SIGNED: [signature]    [X] Comm. of Superior Court / [ ] Assistant Clerk    TYPE IN NAME: F. Santostefano

FOR THE PLAINTIFF(S) PLEASE ENTER THE APPEARANCE OF:
Donald Quirk    TELEPHONE: 343-985-9741

NAME AND ADDRESS OF PERSON RECOGNIZED TO PROSECUTE IN THE AMOUNT OF $250. see attached surety form    SIGNATURE OF PLAINTIFF IF PRO SE: [signature]

| # PLFS | # DEFS | # CNTS | SIGNED (Official taking recognizance) [ ] Comm. of Superior Court [ ] Assistant Clerk | FILE DATE | For Court Use Only |

IF THIS SUMMONS IS SIGNED BY A CLERK:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service thereof.

I hereby certify I have read and understand the above:    SIGNED (Pro Se Plaintiff): [signature]    DATE SIGNED: 12/16/02    DOCKET NO.

Exhibit 2