United States District Court  **FILED**
District of Connecticut

Donald Quirk, Plaintiff, Petitioner,                    2003 NOV -6  P 3: 12
       pro se (96936)
                                          US DISTRICT COURT
   v.                                 Case No. 3:03CV495 (SRU) (WIG)

Thomas Kirk, Commissioner of                 November 2, 2003
Mental Heath and Addiction Services,
Respondent

### Reply to Defendant's Response (of October 29, 2003),To Motion to Reopen and for Order Granting the Writ

Pursuant to 28 U.S.C. 2246, I move this Court to accept the following facts upon my Declaration under penalty of perjury. And I declare the following facts to be true pursuant to 28 U.S.C. 1746:

The facts are:

The Clerk's Office (of the Superior Court), indicated clearly on the Summons itself, that I could not proceed unless a Recognizance Bond was signed. In addition they told me verbally that I could not have the Petition served until I posted a Bond. (The Sheriffs I contacted told me the came thing.) And not only did they tell me that a Recognizance Bond was required, they also told Linda Lehmann an attorney for CLRP, a major civil rights organization, that a Recognizance Bond was required (in a Habeas Case), and not waivable. In addition, as I indicated in the Amended Petition for the Writ, two other cases which were handled in a similar way by the Clerk's Office, had already been dismissed for not filing a Recognizance.

The AAG would have the Court believe that not only are the documents I filed fraudulent, but also that the document submitted by Linda Lehmann is fraudulent as well. And he does not file any evidence. And he was perfectly able to do this.

1

The AAG could have gotten a declaration from Felicia Santostefano.

I cannot speak for the accuracy of the Superior Court's website, but the attorney general says it (the Petition), is not there.

Respectfully Submitted,

_____  _____11/2/03_____
Signed                                                    Date

Donald Quirk
Merritt Hall
351 Silver St.
Middletown, Ct. 06457
(860) 685-9740

### Certification

Donald Quirk declares under penalty of perjury that he dropped a copy of this Document in the mail on November 2, 2003 first class postage prepaid, addressed to Peter L. Brown, AAG, P.O. Box 120, Hartford, Ct. 06141.

Signed: _____  Date: __11/2/03__