United States District Court
District of Connecticut

FILED
2003 NOV 12 P 5: 10
US DISTRICT COURT
BRIDGEPORT CT

Donald Quirk, Plaintiff, Petitioner,
pro se (96936)

v.   Case No. 3:03CV495 (SRU)(WIG)

Thomas Kirk, Commissioner of
Mental Heath and Addiction Services,
Respondent

November 2, 2003

### Reply to Defendant's Response (of October 29, 2003),To Motion to Reopen and for Order Granting the Writ

Pursuant to 28 U.S.C. 2246, I move this Court to accept the following facts upon my Declaration under penalty of perjury. And I declare the following facts to be true pursuant to 28 U.S.C. 1746:

The facts are:

The Clerk's Office (of the Superior Court), indicated clearly on the Summons itself, that I could not proceed unless a Recognizance Bond was signed. In addition they told me verbally that I could not have the Petition served until I posted a Bond. (The Sheriffs I contacted told me the same thing.) And not only did they tell me that a Recognizance Bond was required, they also told Linda Lehmann an attorney for CLRP, a major civil rights organization, that a Recognizance Bond was required (in a Habeas Case), and not waivable. In addition, as I indicated in the Amended Petition for the Writ, two other cases which were handled in a similar way by the Clerk's Office, had already been dismissed for not filing a Recognizance.

The AAG would have the Court believe that not only are the documents I filed fraudulent, but also that the document submitted by Linda Lehmann, , is fraudulent as well. And he does not file any evidence. And he was perfectly able to do this.

i

The AAG could have gotten a Declaration from Felicia Santosstefano.

I cannot speak for the accuracy of the Superior Court's website, but the attorney general says it (the Petition), is not there.

Respectfully Submitted,

_Donald Quirk_      _11/2/03_
Signed                Date

Donald Quirk
Merritt Hall
351 Silver St.
Middletown, Ct. 06457
(860) 685-9740

## Certification

Donald Quirk declares under penalty of perjury
in the mail on November 2, 2003 first class postage prepaid, addressed to Peter L. Brown

Donald Quirk declares that he dropped a copy of this document in the mail first class postage prepaid addressed to Peter L. Brown, AAG, P.O. Box 120, Hartford, Ct. 06141

_Donald Quirk_      11/2/03

2