UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

DONALD QUIRK,
        Petitioner,

v.

THOMAS KIRK,
        Respondent.

PRISONER
Case No. 3:03cv495 (SRU)

**RULING AND ORDER**

The petitioner, Donald Quirk ("Quirk"), currently is a patient at Connecticut Valley Hospital in Middletown, Connecticut, pursuant to an order of civil commitment. He brings this action pro se for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, challenging his commitment.

On September 2, 2003, the court granted the respondent's motion to dismiss this action on the ground that Quirk had not exhausted his state court remedies before commencing this action. The dismissal was without prejudice to filing a motion to reopen judgment should Quirk be able to present evidence that his state court remedies were unavailable because the state court failed to comply with state law exempting state habeas petitions from the requirement of posting a $250.00 recognizance bond. Quirk has filed a motion to reopen judgment. In support he has provided a copy of a summons form purportedly signed by a state court clerk that specifically references the recognizance bond requirement. The respondent questions the authenticity of the form.

The court has learned that Quirk has a habeas corpus action currently pending in state court for which the recognizance bond requirement appears to have been excused. Thus, it appears that Quirk should be able to amend that petition to include the claims he seeks to raise in this action. Thus, the court need not address the issue of the authenticity of the form at this time. Quirk's motion to reopen judgment and grant habeas corpus relief [**doc. #25-1, 25-2**] is **DENIED** without prejudice to refiling should Quirk be unable to amend his state habeas petition.

SO ORDERED this 10th day of November, 2003, at Bridgeport, Connecticut.

Stefan R. Underhill
United States District Judge