United States District Court
District of Connecticut

FILED

Donald Quirk, Plaintiff, Petitioner,
  pro se (96936)

2003 DEC -4 A 10: 14

US DISTRICT COURT

v.                                              Case No. 3:03CV495 (SRU) (WIG)

Thomas Kirk, Commissioner of                    November 30, 2003
Mental Heath and Addiction Services,
Respondent

## Motion To Alter Judgment Based upon Error

Pursuant to FRCP Rule 59 the Plaintiff moves this court to alter and amend its Ruling and Order of November 18, 2003, in the instant action, dismissing it without prejudice. That ruling was based upon the court's statement that I have a Writ of Habeas Corpus pending in State Court. Pursuant to 28 U.S.C. 2246, I move this Court to accept the following facts upon my Declaration under penalty of perjury. And I declare the following facts to be true pursuant to 28 U.S.C. 1746: That I have no Habeas action pending in state court. I do not know where the court got such information, but it is not in the record, and it is not true.

And pursuant to 28 U.S.C. 2243, 2246, 2247, and the Rules governing Habeas cases I move this court for and an evidentiary hearing and discovery on the above, and other disputed factual issues in this case. I also move this court for appointment counsel, pursuant to the above, and 18 U.S.S 3006 A(g).
(The rules governing Habeas cases permit Motions which are not inconsistent with the civil rules.)

Respectfully Submitted,

1

_____    _11/30/03_____
Signed                                                             Date

Donald Quirk
Merritt Hall
351 Silver St.
Middletown, Ct. 06457
(860) 685-9739/9740

Certification

Donald Quirk declares under penalty of perjury that he dropped a copy of this Document in the mail on November 30, 2003 first class postage prepaid, addressed to Peter L. Brown, AAG, P.O. Box 120, Hartford, Ct. 06141.

Signed: _____  Date: _11/30/03_____